UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                         :

HUMAN ADVENTURE CORP. and MARCO  :
AIOLFI,                                  :

                          Plaintiffs,     :                   22-CV-4588 (VSB)
                                         :

                     -against-         :                  **<u>ORDER</u>**
                                       :

LAMARTINIQUE WILLIAMS,         :

                                       :

                         Defendant.    :

                                       :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Plaintiffs filed this action on June 2, 2022.  (Doc. 1.)  On June 14, 2022, Plaintiffs filed

an affidavit of service stating that Defendant was served personally on June 13, 2022.  (Doc. 7.)

Defendant's response to Plaintiffs' complaint was thus due on July 5, 2022.  (*See id.*)  Defendant

has yet to appear in this action.  Plaintiffs, however, have taken no action to prosecute this case.

Accordingly, Plaintiffs must seek default judgment in accordance with Rule 4(H) of my

Individual Rules and Practices in Civil Cases by no later than August 1, 2022.  If Plaintiffs fail to

do so or otherwise demonstrates that they do not intend to prosecute, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 11, 2022
          New York, New York

                                       VERNON S. BRODERICK
                                       United States District Judge