UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                :

HUMAN ADVENTURE COPORATION     :
AND MARCO AIOLFI,                  :
                                                :

                       Plaintiffs,    :               22-cv-4588 (VSB)
                                                :

             -against-           :                **ORDER**
                                                :

LAMARTINIQUE WILLIAMS,     :
                                                :

                     Defendant.   :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 31, 2022, I held a telephonic conference regarding Plaintiffs' order to show cause.  (Doc. 15.)  Defendant appeared telephonically for the conference.  It is hereby

      ORDERED that Plaintiffs' motion for default judgment is denied without prejudice and may be re-issued if Defendant fails to file a timely answer to the Complaint.

      IT IS FURTHER ORDERED that Defendant file an answer to the Complaint by October 3, 2022.

      IT IS FURTHER ORDERED that if Defendant intends to retain counsel, any notice of appearance must be filed by October 3, 2022.  For more information on proceeding pro se in this District, Defendant should visit this webpage: https://nysd.uscourts.gov/prose?clinic= or contact the NYLAG Legal Clinic for Pro Se Litigants at 212-659-6190.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the Defendant.

SO ORDERED.

Dated: September 2, 2022
       New York, New York

Vernon S. Broderick
United States District Judge