UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                          :

HUMAN ADVENTURE COPORATION  :
AND MARCO AIOLFI,                        :

                          Plaintiffs,     :          22-cv-4588 (VSB)

         -against-                    :             **ORDER**

LAMARTINIQUE WILLIAMS,       :

                          Defendant.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 3, 2022, Defendant issued a revised Answer to Plaintiffs' complaint.  (Doc. 21.)  As a result, I issued an Order and Notice of Initial Conference and directed the parties to submit a joint letter and case management plan.  (Doc. 22.)  On September 24, 2022, Plaintiffs filed a letter and proposed case management plan, but indicated that the submission was not made jointly as they had no way of contacting Defendant other than through her address listed on the docket.  Accordingly, it is hereby

       ORDERED that Defendant provide Plaintiffs' counsel with her current phone number and email address in order to submit a revised joint letter and case management plan.  Plaintiffs' counsel, Susan Galvao, can be reached via email at sgalvao@bpslaw.com, or via telephone at (914) 287-6193.

       IT IS FURTHER ORDERED that the parties submit a joint letter and case management plan by November 7, 2022.

       The Clerk of Court is respectfully directed to mail a copy of this Order as well as the Order and Notice of Initial Conference, (Doc. 22), to the Defendant.

SO ORDERED.

Dated: October 26, 2022
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge