```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUMAN ADVENTURE CORPORATION
AND MARCO AIOLF,

                               Plaintiff,

       -against-

LAMARTINIQUE WILLIAMS,

                              Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

22-CV-4588 (VSB)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The settlement conference in this matter scheduled for Tuesday, March 28, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, April 24, 2023 at 2:00 p.m.**  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 17, 2023 by 5:00 p.m.**

       **The Clerk of Court is directed to mail a copy of this order to the Defendant.**

       SO ORDERED.

Dated: March 1, 2023
       New York, New York

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge