```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HUMAN ADVENTURE COPORATION                                  :
AND MARCO AIOLFI,                                           :
                                                            :
                              Plaintiffs,                   :        22-cv-4588 (VSB)
                                                            :
             -against-                                      :             ORDER
                                                            :
LAMARTINIQUE WILLIAMS,                                      :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 10, 2023, I granted the parties' joint request that all discovery deadlines be extended for 60 days. (Doc. 36.) I ordered the parties to submit a revised case management plan, ("CMP"), by March 15, 2023. (*Id.*) The parties have failed to do so. Accordingly, it is hereby

ORDERED that the parties submit a revised CMP reflecting the 60-day extension previously granted.

IT IS FURTHER ORDERED that the conference currently scheduled for March 30, 2023, at 3:00 PM, which reflects the outdated CMP, is hereby adjourned in accordance with the 60-day extension.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Defendant.

SO ORDERED.

Dated: March 29, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge