```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUMAN ADVENTURE CORPORATION
AND MARCO AIOLF,

                              Plaintiff,

      -against-

LAMARTINIQUE WILLIAMS,

                             Defendant.
------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**22-CV-4588 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Tuesday, August 8, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **August 1, 2023 by 5:00 p.m.**

      **The Clerk of Court is directed to mail a copy of this order to the Defendant.**

      SO ORDERED.

Dated: April 24, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge