

**BLEAKLEY PLATT & SCHMIDT, LLP**
NEW YORK | CONNECTICUT

Susan E. Galvão, Esq.
914-287-6193
sgalvao@bpslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/15/2023

June 14, 2023

**Via E-Filing**
Magistrate Judge Hon. Katharine H. Parker
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: **Human Adventure Corp., et al v LaMartinique Williams**
*Case 1:22-cv-04588 (VSB) (KP)*

Dear Hon. Judge Parker:

This office represents Human Adventure Corporation ("HAC") and Mr. Marco Aiolfi, plaintiffs in the above-referenced action.

A settlement conference is presently scheduled before Your Honor for August 8, 2023. Unfortunately, due to a scheduling conflict (a scheduled appearance in another matter that cannot be moved), I am now unavailable on that date and respectfully request an adjournment of this hearing to one of the following dates: August 9, August 10, or August 16. This is our first request for adjournment. Counsel for Ms. Williams has consented to this requested adjournment.

I will await further instructions from the Court. Thank you for your time and attention in this matter.

Respectfully submitted,

*Susan E. Galvão*

Susan E. Galvão

CC: Susanne Keane (NYLAG) – via ECF

PHONE: 914.949.2700 | ONE NORTH LEXINGTON AVENUE | WHITE PLAINS, NEW YORK 10601 | FAX: 914.683.6956
bpslaw.com

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, August 8, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled <u>to Wednesday, September 13, 2023 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>September 6, 2023 by 5:00 p.m.</u>
<u>The Clerk of Court is directed to mail a copy of this order to the Defendant.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/15/2023