

NYLAG
New York Legal Assistance Group

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/12/2023

**APPLICATION GRANTED: The Settlement Conference in this matter scheduled for September 13, 2023 is hereby adjourned sine die. Counsel is directed to submit a Status Letter via chambers email by October 3, 2023**

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
09/12/2023

September 12, 2023

Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Human Adventure Corp, et ano v. Williams, 22-cv-4588-VSB-KHP

Dear Judge Parker,

NYLAG represents defendant LaMartinique Williams for the limited purpose of settlement. I write along with Susan Galvao, counsel for plaintiffs, to request an adjournment of the second settlement conference scheduled for September 13, 2023 (ECF 45) and to provide a status report on or before October 3, 2023.

Since the first settlement conference in April, the parties have continued to work together toward a resolution of this case. The parties entered into a confidentiality agreement and protective order for the exchange of documents, Ms. Williams produced critical documents and the parties continued settlement negotiations. We are very close to reaching a settlement in principle and believe that we can resolve the outstanding issues through our continued discussions. Accordingly, to avoid the imposition on the Court's time, we request an adjournment of tomorrow's settlement conference and permission to provide a status report on or before October 3, 2023.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane